**Order entered December 27, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01609-CV

## THE HOUSING AUTHORITY OF THE CITY OF DALLAS TEXAS, Appellant

### V.

## SCHEVONNE L. BLUITT HECHAVARRIA AND ALL OCCUPANTS, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04107-B**

## ORDER

On December 27, 2013, appellees filed a motion for emergency relief requesting the Court stay the trial court's order granting a writ of possession of the property to appellant. The motion does not contain a certificate of service, and nothing indicates that appellees served appellant with the motion. It has also come to this Court's attention that on December 5, 2013, Dallas County Court at Law No. 4, in cause number CC-13-05074-D, styled Dallas Housing Authority v. Schevonne L. Hechavarria & All Other Occupants, signed an order based on an agreement of the parties granting Dallas Housing Authority an immediate writ of possession of the property, ordering Dallas Housing Authority not to execute the writ of possession before January 1, 2014, and ordering appellees to vacate the property on or before 11:59 p.m. on December 31, 2013. The order, based on the parties' agreement, also required appellees to

"vacate and dismiss any and all pending appeals concerning Dallas Housing Authority including but not limited to cause number CC-12-04107-B and CC-13-05074-D." As of the date of this order, appellees have not filed a motion to dismiss in this appeal.

The Court requests that appellant, The Housing Authority of the City of Dallas, Texas, file a response to appellee's motion for emergency relief no later than 9:00 a.m., December 31, 2013.

The Court directs the clerk to notify the parties of this order by electronic transmission.

/s/ LANA MYERS
   PRESIDING JUSTICE